UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Bowne of New York, L.L.C.,

        Plaintiff(s),                09 Civ. 391 (CM) (JCF)

    -against-

                                  CALENDAR NOTICE

Ministerio De Economia of the Republic
of Argentina,
        Defendant(s).
-----------------------------------------------------X

        Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, July 17, 2009 at 9:45 a.m.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

        Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: June 8, 2009
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J